**Order entered March 18, 2019**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

---

#### No. 05-18-01247-CR

---

**RUSTY LYLE WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 78th District Court**
**Wichita County, Texas**
**Trial Court Cause No. 59,739-B**

---

## ORDER

Appellant was convicted of aggravated sexual assault of a child. On March 5, 2019, the State filed its brief. In the brief, the State uses the names of victims and/or witnesses who were children at the time of the offense. Accordingly, we **STRIKE** the State's brief.

We **ORDER** the State to file, within **TEN DAYS** of the date of this order, an amended brief that identify any victim or witness who was a child at the time of the offense either generically ("victim" or "complaining witness") or by initials only, including when quoting portions of the record.

We **DIRECT** the Clerk to send copies of this order to Greg Merkle and the Wichita County District Attorney's Office.


/s/      BILL PEDERSEN, III
JUSTICE